AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LAWRENCE SEYMORE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311 CR-HUCK

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LAWRENCE SEYMORE**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; and use of communications facility in furtherance of drug trafficking

in violation of Title 21 United States Code, Section(s) 843(b), 846, 963
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

10/31/00    FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest