# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6311-CR-HUCK
              Plaintiff )
)
     -vs- ) REPORT COMMENCING CRIMINAL ACTION
)
Lawrence Oliver Seymore )   MIAMI
              Defendant                                          66567.004

****************************************************************

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

FILED by _____ D.C.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 6:20 a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 843(b), 846, 963

(4) UNITED STATES CITIZEN: (X)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 071168

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT   [X] COMPLAINT   CASE # _____
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: _____
   COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 110500 (9) ARRESTING OFFICER: RAY LOCKHART / Jeff Outlaw

(10) AGENCY: US Customs (11) PHONE # (954) 921-3509
                                                     (954) 868-8087

(12) COMMENTS _____

35/38