koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _00-6311-CR-HUCK(SEALED)_

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**
Language __ENGLISH__
Tape No. 00C - 7ƒ -2/50

Plaintiff,

v.

AUSA __Ditto__
Agent __USCS-KAY LOCKHART__ SEC.
954-921-3509

FILED by _____ D.C.

NOV  6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

LAWRENCE SEYMORE
        Defendant.                            DOB: 7-11-68
_____/        Reg # 66567-004

The above-named defendant having been arrested on _11-5- 00_ having appeared
before the court for initial appearance on ___11-6-00___ and
proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on
_____ 𝓃ov 9 _____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am   𝓃ov· 9___, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or
(f)    because _____ ✔ _____
_ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance
   bond, pursuant to 18 U.S.C. Section 3142:    𝓃o 𝓗ᴇᴀʀɪɴɢ 𝓗ᴇʟᴅ
____$100,000 PSB Co-Signed by 2 Brothers or Sisters____
____$75,000 10% PSB_____  OF Deft_____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and,
in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
✔b. Report to Pretrial Services as follows: _2_ times a week by phone, _2_ time a week in person;
    Remain SDFL
    other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed
   substances prohibited by law.
✔d. Maintain or actively seek full time gainful employment.
    no hearing held - Counsel may Re-VISIT
                            issue

36/3

<u>LAWRENCE SEYMORE</u>

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____
               On Warrant _____
               After Hearing _____

     If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

     **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>6th</u> day of <u>November</u> 2000.

_____
UNITED STATES MAGISTRATE JUDGE
**BARRY L. GARBER**

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation