# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA   520 482

UNITED STATES OF AMERICA

v.

LAWRENCE SEYMORE

2ND OCT 31 PM 4:06

**WARRANT FOR ARREST**

**CASE NUMBER**

## 00 - 6311

**CR - HUCK** MAGISTRATE JUDGE
BROWN

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LAWRENCE SEYMORE _____

_____ Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; and use of communications facility in furtherance of drug trafficking

in violation of Title 21 United States Code, Section(s) 843(b), 846, 963 _____
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

10/31/00     FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER

Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA  by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at <br> **Miami, FL** |

| DATE RECEIVED <br> **10/31/00** | NAME AND TITLE OF ARRESTING OFFICER <br> **James A. Tassone** <br> **United States Marshal** <br> **Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST <br> **11/5/00** | | **Edward Purchase, SDUSM** |

AO 442 (Rev. 12/85) Warrant for Arrest