UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NUMBER: 00-6311-CR-HUCK

Plaintiff,

v.

LAWRENCE SEYMORE,

Defendant.
_____/

### NOTICE OF TEMPORARY APPEARANCE

COMES NOW, undersigned counsel **Bruce H. Lehr**, and enters this Notice of Temporary Appearance as counsel for the Defendant above-named.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 9th day of November, 2000 to the United States Attorneys Office, 99 Northeast 4th Street, Miami, Florida 33132.

Respectfully submitted,

LEHR & GASALLA, P.A.
Attorneys for Defendant
1401 Brickell Avenue, Suite 810
Miami, Florida 33131
Telephone: (305) 377-1777
Telecopier: (305) 377-0087

BY _____
BRUCE H. LEHR
Florida Bar Number 318930