```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    Case No. 00-6311-CR-HUCK
```

UNITED STATES OF AMERICA,

vs.   **ARRAIGNMENT INFORMATION SHEET**

LAWRENCE SEYMORE,   Jail No : _On Bond_

        Defendant.   Language: _English_

_____/

The above-named Defendant appeared before **Magistrate Judge Stephen T. Brown**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**   Address: 9210 N.W. 13th Court

                      Miami, FL 33012

                Tel. No: _____

**Defense Counsel:**   Name: _Bryce Lehr_

                    Address: _1401 Brickell Ave Ste 810_

                           _Miami, FL 33131_

                    Tel. No: (305) 377-1777

**Bond Set/Continued:**   $100,000 psb + $275,000 w/10%

Dated this _20th_ day of _November_, 2000.

                CLARENCE MADDOX, CLERK

                BY___Stephanie Lee___
                      Deputy Clerk

c: CRD   TAPE NO. 00D-_115-2330_
   U.S. Attorney   DIGITAL START NO._____
   Defense Counsel
   Pretrial Services

