UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

vs.

ORDER ON HEARING TO
REPORT RE COUNSEL

LAWRENCE SEYMORE.

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

✓　　_____ Private counsel __Bruce Lehr__ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

DONE AND ORDERED at Miami, Florida this __20th__ day of __NOVEMBER__, 2000.

TAPE NO. 00D- 115-2330

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

c. Defense Counsel
　Pretrial Services or Probation
　U.S. Marshal
　AUSA

