UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NUMBER: 00-6311-CR-HUCK

    Plaintiff,

v.

LAWRENCE SEYMORE,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

Pursuant to Southern District of Florida Local Rule 88.7, **Bruce H. Lehr**, Esquire enters this notice of permanent appearance as trial counsel for the Defendant above-named. This appearance does not encompass any appellate representation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 20th day of November, 2000 to the United States Attorneys Office, 99 Northeast 4th Street, Miami, Florida 33132.

    Respectfully submitted,

    LEHR & GASALLA, P.A.
    Attorneys for Defendant
    1401 Brickell Avenue, Suite 810
    Miami, Florida 33131
    Telephone: (305) 377-1777
    Telecopier: (305) 377-0087

BY _____
    BRUCE H. LEHR
    Florida Bar Number 318930