CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___
FEB 2 6 2001
CLARENCE MADDOX
CLERK U S DIST. CT.
S. D. OF FLA. MIAMI

HONORABLE
PAUL C. HUCK

=========================================================

CASE NO. 00-6311-CR _____     DATE 2-6-2001 _____

CLERK   Valerie Thompkins _____     REPORTER LARRY HERR _____

USPO   _____     INTERPRETER_____

UNITED STATES OF AMERICA   vs.   CLARENCE LARK et al., _____

_____

AUSA MICHAEL DITTOE _____     DEFENSE CSL. ALL COUNSEL OF RECORD

_____

Defendant(s) Present_____ Not Present XXX  In Custody_____

TYPE OF HEARING __ SPECIAL STATUS CONFERENCE _____

RESULT OF HEARING __ HEARING CANCELED _____

_____

_____

_____

_____

_____

=========================================================

NEW DATES SET BY COURT

Defense P/T/Motions   _____     Trial Date _____

Govt. Resp to P/T/Motions_____     Further S/C _____

Change of Plea  _____

