UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE SEYMORE, et al.,

    Defendants.

_____/



### DEFENDANT LAWRENCE SEYMORE'S MOTION TO ADOPT MOTIONS FILED BY CO-DEFENDANTS

COMES NOW, the Defendant, LAWRENCE SEYMORE, by and through undersigned counsel, and moves this Honorable Court for an Order allowing him to adopt all motions made, arguments raised, and authorities cited in support of those motions and arguments, that are applicable to Mr. Seymore and are not adverse to his position in these proceedings.

This motion is made in the interest of brevity and judicial economy. Granting this motion will result in saving time for the Court and the Court's staff, in receiving, reviewing and ruling on the motions, as well as reducing the amount of papers being filed and the amount of space required to file them.

The undersigned counsel certifies that he has conferred with Assistant U.S. Attorney MICHAEL DITTOE and opposing counsel, in a good faith effort to resolve by agreement the subject

matter of this Motion.

> Respectfully submitted,
>
> LEHR & GASALLA, P.A.
> Attorneys for Defendant Seymore
> Suite 810
> 1401 Brickell Avenue
> Miami, Florida 33131
> (305) 377-1777
>
> BY /s/ Bruce H. Lehr
> BRUCE H. LEHR
> Florida Bar Number 318930

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this 3rd day of January, 2001.

/s/ Bruce H. Lehr
BRUCE H. LEHR, ESQUIRE

2

## SERVICE LIST

### United States v. Lawrence Clark, et. Al.
### Case Number 00-6311-CR-HUCK

Michael J. Dittoe, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klein, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, Florida 33130

Steve Kassner, Esq.
Suite 303
815 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Larry Hanfield, Esq.
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

William J. Cone, Esq.
514 Southeast 7th Street
Fort Lauderdale, Florida 33301

James D. Henderson, Esq.
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esq.
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133