00-6311.oj

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE SEYMORE,

    Defendant.
_____/



### ORDER STRIKING MOTION

This Cause is before the Court on Defendant Lawrence Seymore's Motion to Adopt Motions Filed by Co-Defendants, filed February 15, 2001. This Court having reviewed the motion and the file, and having noted that Defendant has failed to respond to this Court's Order requiring Defendant to show good cause for the filing of the motion past the motion filing deadline, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **STRICKEN**.

**DONE AND ORDERED** this 21st day of March, 2001 at Miami, Florida.

                                  STEPHEN T. BROWN
                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Michael Dittoe, Esq. (AUSA)
        Paul D. Lazurus, Esq.
        James D. Henderson, Esq.
        Donald I. Bierman, Esq.
        William Cone, Esq.
        Reemberto Diaz, Esq.
        Martin R. Raskin, Esq.
        Steve Kassner, Esq.
        Larry R. Handfield, Esq.
        Bruce H. Lehr, Esq.
        Guy Spiegelman, Esq.