**MINUTES/CALENDAR**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII    TIME: 10:40 a.m. – 10:40 a.m. Interpreter N/A

Case No. 00-6311-CR-PCH    Date 4/3/01

Clerk STEPHANIE A. LEE    Tape No./Court Reporter 010-28-770

Style: USA v. Clarence Lark, et al

**Plaintiff (s) Attorney(s)** AUSA Michael Dittoe, AUSA William Beckerleg, Darrin Sachs, S/A FBI

**Defendant (s) Attorney (s)** Don Bierman

Proceeding: Emergency Petition for Return of Seized Assets. Hrg. held. Matter continued to Mon., April 9, 2001 @ 10:00 a.m.

FILED by ___ S.D.C.
APR 3 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI