DAY #6

FILED by V T D.C.

MAY 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK_____, Presiding  Date 5/14/01

Cont'd from 5/11/01

Defendant 1.CLARENCE LARK_____   5. RICARDO MCHORNE_____

2.LARRY CRENSHAW_____   6._____

3.CURTIS NEWTON_____   7._____

4.LAWRENCE SEYMORE_____   8._____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS____   Reporter LARRY HERR_____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD XX CONTINUED TO 5/15/01

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____