DAY #11

FILED by ___ D.C.
MAY 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE **PAUL C. HUCK**, Presiding    Date 5/21/01

Cont'd from 5/18/01

Defendant  1. **CLARENCE LARK**           5. **RICARDO MCHORNE**

2. **LARRY CRENSHAW**         6. _____

3. **CURTIS NEWTON**          7. _____

4. **LAWRENCE SEYMORE**       8. _____

Defense Counsel **Donald Bierman, (&)**   AUSA **Michael Dittoe (&)**

**Paul Lazarus, Bruce Lehr, Guy Spiegleman,  Terry Thompson**

**William Cone**

Deputy Clerk **VALERIE THOMPKINS**   Reporter **LARRY HERR**

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY **XXX**   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED T__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD **XX** CONTINUED TO 5/22/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____