

FILED by _JDC_ D.C.
MAY 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

DAY #14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding    Date 05/24/01

Cont'd from 05/23/01

Defendant  1. CLARENCE LARK          5. RICARDO MCHORNE
           2. LARRY CRENSHAW         6. _____
           3. CURTIS NEWTON           7. _____
           4. LAWRENCE SEYMORE        8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk DEBORAH CHRISTIAN    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__  Oral Motion_____

                              by_____

              Oral Order  Grant__  Deny__  Adv.__

─────────────────────────────────────────────────
            TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/25/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

            __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____