D#7
#16

FILED by IRC D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK        , Presiding   Date 05/29/01

Cont'd from 05/25/01

Defendant  1. CLARENCE LARK          5. RICARDO MCHORNE
           2. LARRY CRENSHAW         6. _____
           3. CURTIS NEWTON          7. _____
           4. LAWRENCE SEYMORE       8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk DEBORAH Christian  Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                                by_____

                Oral Order  Grant__  Deny__  Adv.__

---

TRIAL:  JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/30/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

                __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

297

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE \_\_\_

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR \_\_\_/\_\_\_/\_\_\_ AT _____        NOTICE SERVED \_\_

JURORS

1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

4._____   8._____   12._____

Alternate #1._____  Alternate #2._____

Alternate #3._____  Alternate #4._____

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

Jury Deliberation will began 5-30-01