UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE SEYMORE,

    Defendant.
_____/

## MOTION FOR RELEASE AND RETURN OF BOND

COMES NOW, Defendant LAWRENCE SEYMORE, by and through his undersigned attorneys, and files this Motion for return of Bond and would state:

1. Defendant LAWRENCE SEYMORE was arrested and released on bond pending trial.

2. Defendant LAWRENCE SEYMORE was in attendance at said trial, and was acquitted of all charges.

WHEREFORE, Defendant LAWRENCE SEYMORE prays this Honorable Court enter an Order directing the Clerk of the Court to release and return to the depositors any and all bonds posted for Defendant LAWRENCE SEYMORE in this cause.

Respectfully submitted,

LEHR & GASALLA, P.A.
Attorneys for Defendant Seymore
1401 Brickell Avenue, Suite 810
Miami, Florida 33131
(305) 377-1777

BY _____
BRUCE H. LEHR
Florida Bar Number 318930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to MIKE DITTOE, Assistant United States Attorney, James Lawrence King Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132 on this 26th day of July, 2001.

_____
BRUCE H. LEHR