UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
SEP 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE SEYMORE )<br>Defendant )<br>_____ ) | Case No. 00-6311-CR-HUCK<br><br>MOTION FOR DISBURSEMENT OF BOND |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by __MARY ANN THOMAS__ in the amount of $__$7,500.00__ plus any accrued interest be refunded to:
Mary Ann Thomas, 10310 Southwest 128 Ave, Miami, FL  33186
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_[signature]_
(Petitioner or Attorney)
Bruce H. Lehr, Esquire
Lehr & Gasalla, P.A.
1401 Brickell Ave, Suite 810
Miami, Florida  33131
(305) 377-1777
Florida Bar Number 318930

Consented to by:

Michael Dittoe_____, Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at __Miami__, Florida, this __11th__ day of __September__, 20_01_.

_[signature]_
UNITED STATES DISTRICT JUDGE

c:  U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk (w/original W-8 or W-9)